# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Allstate Insurance Company and             Civil No.: 06-3241 (PJS/JJG)
Deerbrook Insurance Company,

        Plaintiffs,

                                              **ORDER**

v.

Alivio Chiropractic Clinic, Inc.,
Joshua Jason Anderson, D.C., and
Alexis Alarcon Aguilar,

        Defendants.

_____

      Based on the Report and Recommendation of Magistrate Judge Jeanne J. Graham dated December 11, 2006 (to which no objections have been filed) and all of the files, records, and proceedings herein,

      IT IS HEREBY ORDERED that Defendants' Joint Motion to Stay Proceedings (Doc. No. 10) is granted, and this action be stayed pending further order of the Court.

Dated:  January 10, 2007

                                                            s/Patrick J. Schiltz
                                                            Patrick J. Schiltz
                                                            United States District Judge