UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Allstate Insurance Company and
Deerbrook Insurance Company,

        Plaintiffs,

v.                                        Civil No. 06-3241 (JNE/RLE)
                                          ORDER

Alivio Chiropractic Clinic, Inc.,
D.C. Joshua Jason Anderson, and
Alexis Alarcon Aguilar,

        Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable Raymond L. Erickson, Chief United States Magistrate Judge, on March 28, 2008. The magistrate judge recommended that Plaintiffs' Motion to Lift Stay be granted. Defendants objected to the Report and Recommendation, and Plaintiffs responded to the objections. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

    1.    Plaintiffs' Motion to Lift Stay [Docket No. 24] is GRANTED.

Dated: April 30, 2008

                                                        s/ Joan N. Ericksen
                                                        JOAN N. ERICKSEN
                                                       United States District Judge